**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Javier Martinez, Jr.

Appellate case number:   01-20-00784-CV

Trial court case number: 2015-75648

Trial court:             246th District Court of Harris County, Texas

Relator, Javier Martinez, Jr., has filed a petition for a writ of mandamus challenging the trial court's order granting a motion to reinstate.  Relator also has filed a motion for temporary relief, seeking to stay the trial court proceedings until twenty days after this Court's adjudication of relator's petition for writ of mandamus.  Relator's motion is **granted in part**. All proceedings in the trial court are stayed until disposition of relator's petition for a writ of mandamus or further order of this Court.

The Court requests a response to the petition for a writ of mandamus from real party in interest. The response, if any, is due 20 days from the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                         Acting individually


Date:  <u>December 1, 2020</u>